UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

DALE LAYNE, ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED,

                                              Civil Action No:
                                              1:24-cv-8250

                             Plaintiff,

  -v.-

WORLD SPA ENTERTAINMENT, LLC,

                             Defendants.

----------------------------------------------------------------x

## NOTICE OF SETTLEMENT

     Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed with prejudice by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 13th day of February, 2025

                                                */s/ Mark Rozenberg*
                                                Mark Rozenberg, Esq.
                                                mrozenberg@steinsakslegal.com
                                                Stein Saks, PLLC
                                                One University Plaza, Suite 620
                                                Hackensack, NJ 07601
                                                Tel: (201) 282-6500
                                                Fax: (201) 282-6501
                                                ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 13, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark Rozenberg*
Mark Rozenberg